UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:07-cr-00017-LRH-RAM |
| Plaintiff, | ) ) ) | ORDER FOR EXTENSION OF PSYCHIATRIC EVALUATION |
| v. | ) ) | |
| QUINTIN IRA JACKSON, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Order filed on January 8, 2009, defendant was transported to the U.S. Bureau of Prisons for a mental examination pursuant to Title 18, United States Code, Sections 4241 and 4242. The defendant arrived at FDC SeaTac on March 26, 2009. Warden Robert J. Palmquist has requested, and both parties agree, that the 45-day study begin on March 26, 2009, and end on May 10, 2009.

THEREFORE, IT IS HEREBY ORDERED that the defendant's evaluation period begin on March 26, 2009, and end on May 10, 2009.

DATED this 2nd day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE